IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS JONES,

      Plaintiff,                      No. CIV S-07-0528 MCE DAD PS

    vs.

UNKNOWN,

      Defendant.              FINDINGS AND RECOMMENDATIONS

_____/

      By an order filed March 20, 2007, plaintiff was ordered to submit either the $350.00 filing fee or a properly completed application to proceed in forma pauperis within fifteen days. In addition, plaintiff's complaint was dismissed and fifteen days leave to file an amended complaint was granted. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The fifteen day period has now expired and plaintiff has not paid the required filing fee, has not filed an application to proceed in forma pauperis, and has not filed the amended complaint required by the order.

      IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110 (E.D. Cal. 1997); Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1 days after being served with these findings and recommendations, plaintiff may file written
2 objections with the court.  Such a document should be captioned "Objections to Magistrate
3 Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
4 within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
5 <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

6 DATED: April 16, 2007.

                                                    /s/ Dale A. Drozd
                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

10 DAD:lg
jones0528.fta.fifp