IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS JONES,

    Plaintiff,                              No. CIV S-07-0528 MCE DAD PS

    vs.

UNKNOWN,

    Defendant.                           ORDER

_____/

        The pro se plaintiff commenced this action by filing an uncaptioned, untitled document complaining about the temporary closing of a bike trail. Plaintiff has now filed an uncaptioned, untitled document in which he requests leave to proceed with this case under the name "Bicyclist," to have his mailing address "deleted," and to have "everything" sent to an e-mail address. Plaintiff's request to proceed anonymously violates multiple rules applicable to federal civil actions.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's March 26, 2007 request is denied.

DATED: April 16, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
Ddad1\orders.prose\jones0528.ord