1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHRIS JONES,

11              Plaintiff,                    No. CIV S-07-0528 MCE DAD PS

12        vs.

13   UNKNOWN,

14              Defendant.              <u>ORDER</u>

15   _____/

16              Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was

17   referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

18              On April 17, 2007, the magistrate judge filed findings and recommendations

19   herein which were served on plaintiff and which contained notice to plaintiff that any objections

20   to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

21   objections to the findings and recommendations.

22              The court has reviewed the file and finds the findings and recommendations to be

23   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

24   ORDERED that:

25   /////

26   /////

1

1        1.  The findings and recommendations filed April 17, 2007, are adopted in full;

2   and

3        2.  This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110 (E.D. Cal.

4   1997); Fed. R. Civ. P. 41(b).

5
    Dated:  May 24, 2007

6

7                                              MORRISON C. ENGLAND, JR.
                                               UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26